AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SHAWN N. WAGNER,

        Petitioner,

        v.

CHELAN COUNTY,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0361-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Petition is DISMISSED without prejudice to Petitioner's right to pursue his available remedies in the state courts and a future habeas action once his state court remedies have been exhausted.

May 31, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia